# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Theresa M. Lydic

v.                                          Case Number: 3:20–cv–00345

FMS, Inc.

---

### Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**PLACE:**
by video
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 2/11/2021

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:   January 20, 2021                    Nathan Ochsner, Clerk